**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ERIC MOORE and MALISE MOORE,<br><br>　　Plaintiffs,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>　　Defendants. | CIVIL FILE NO.: 3:23-CV-1851-D<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER**

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant Nationstar Mortgage LLC, successor by merger to Seterus, Inc. **ONLY**, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiffs or Defendant Nationstar Mortgage LLC, successor by merger to Seterus, Inc.

　　**SO ORDERED.**

　　June 4, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SIDNEY A. FITZWATER
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE